UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF A 2005 CHEVROLET SSR TRUCK, VIN 1GCES14H75B114711, TITLED IN THE NAME OF ROGER KEITH PHILLIPS AND ROCKY FORKS HYDRAULIC SERVICES; A 2005 HARLEY DAVIDSON MOTORCYCLE FLHTCSE 2 DOM, VIN 1HD1PKE185Y955925, TITLED IN THE NAME OF ROGER KEITH PHILLIPS AND ROCKY FORK HYDRAULIC, INC; A 2006 TOYOTA TACOMA 4X4, VIN 5TELU42N46Z169593, TITLED IN THE NAME ROGER KEITH PHILLIPS AND CYNTHIA GAIL PHILLIPS; A 1956 CHEVROLET, VIN VB56B100348, TITLED IN THE NAME OF ROGER KEITH PHILLIPS; AND A 2008 CHEVROLET 3500 TRUCK, VIN 1GCJK33618F171672, TITLED IN THE NAME OF ROCKY FORK HYDRAULIC | FILE NO: 1:08<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Application and Affidavit in Support of the Seizure Warrant and the Seizure Warrant filed in the above-styled case and any subsequently filed Return and Inventory shall be sealed and maintained in the custody of the Clerk of the Court pending further order of this Court.

IT IS FURTHER ORDERED that the Motion to Seal, together with this Order, shall be sealed pending further Order of this Court with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

Entered this, the 21st day of July, 2008.

_____
DENNIS LEE HOWELL
UNITED STATES MAGISTRATE JUDGE